UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| TYRONE HARPER, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | No. 1:06-cv-0090-SEB-VSS |
| ) | |
| STANLEY KNIGHT, ) | |
| ) | |
| Respondent. ) | |

## J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is **dismissed with prejudice.**

Date: 09/15/2006

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Tyrone Harper  DOC #3559
Pendleton Correctional Facility
P.O. Box 30
Pendleton, IN 46064

Office of the Indiana Attorney General
Indiana Government Center South, Fifth Floor
402 West Washington Street
Indianapolis, IN 46204-2770